1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff

FILED
AUG 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

7
8                  IN THE UNITED STATES DISTRICT COURT
9                     EASTERN DISTRICT OF CALIFORNIA
10
11 IN THE MATTER OF THE SEARCH OF:        CASE NO. 1:12SW203 GSA
   27523/27561 Road 22 ½, Chowchilla, Madera
12 County, CA. APN 030-070-028             ORDER FOR DESTRUCTION OF
                                           BULK MARIJUANA SEIZURE
13
14
15
16     The United States of America hereby applies to this Court for an order permitting its agents
17 to destroy any bulk marijuana seized in connection with the execution of a search warrant in this
18 matter pursuant to duly authorized search warrants, and good cause appearing therefor,
19     IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the
20 investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case
21 after they are counted and, if possible, weighed, after the entire cultivation site is photographed
22 and/or videotaped, and after a representative sample consisting of no more than three kilograms and
23 a sample aggregate portion of the whole amount is retained for chemical testing.
24 Dated: August 10, 2012
                                               _____
25                                             U.S. Magistrate Judge Gary S. Austin
26
27
28

                                          1
Order for Destruction

## ATTACHMENT A

## LOCATION

A multi-situs address located at 27523/27651 Road 22/1 in Chowchilla, CA and further identified by Madera County Assessor APN # 030-070-028. The property is located on the east side of Road 22 ½, north of Avenue 27. The property is surrounded by chain link fencing and there is a two story residence on the northern portion of the property and a double wide mobile home at the southern portion of the property within the chain link fence.



Aerial photograph taken 07-30-2012

Which Further includes: Rooms, attics, basements, garages (attached or unattached) and all parts therein; the surrounding grounds, any outbuildings of any kind; storage rooms or sheds, any and all trailers, cargo or storage containers, trash containers, any vehicles found on the premises or which are under the control of the occupant(s) of these premises, any combination safe or locked boxes discovered, and access to any computer data bases.

**The search is to include the following persons:**
1.) Any persons living at the residence yet to be identified.

**The search to include the following vehicle:**
1.) Any vehicles located on the property to be found under the dominion and control of the occupants/residents, which can be established through keys or documentation.

ATTACHMENT B

Articles of personal property tending to establish and document a conspiracy to cultivate and distribute marijuana, in violation of Title 21, United States Code, Section 846 and 841(a)(1), including the following:

1. Marijuana and the items commonly associated with the packaging and sales of controlled substances, including commercial plastic wrap, plastic bags or zip-lock bags, film canisters, scales, or other weighing devices.

2. Items used for the outdoor cultivation of marijuana, including, but not limited to, marijuana seeds, soil systems, cloning systems, nutrient reservoirs, PVC pipes, poly drip line, emitter tubes, couplings, hand sprayers, watering devices, growing mediums ("rock-wool", lava rock, etc.), liquid and powder nutrients, fertilizers, potting soil, pots, powders and/or solutions used for cloning, fungicides, insecticides, herbicides, pruning shears and/or other gardening tools, generators/power packs, and marijuana cultivation manuals.

3. Evidence of conspiracy including books, records, correspondence, narcotic customers lists, narcotic suppliers lists, ledgers, logs journals, accounts payable and receivable, pay-owe sheets, contracts, letters and memoranda of agreements between the conspirators, formulas, receipts, phone records, phone books, address books, notations, and other papers, and any files relating to the cultivating, transporting, ordering, purchasing, or distributing of controlled substances.

4. Indicia of occupancy, residency, and/or ownership, or use of the property described in Attachment A, premises, or vehicles, and any other property, premises, or vehicles, not limited to utility and telephone bills, canceled envelopes, registration, receipts, and keys which tend to show the identities of the occupants, residents, and/or owners.

5. Photographs and/or videotapes, in particular photographs and/or videotapes of co-conspirators, assets, and/or controlled substances, along with personal address lists, and other documents with the names and telephone numbers of co-conspirators.

6. Financial records detailing expenses incurred in obtaining the equipment and items necessary for the cultivation and/or distribution of controlled substances, income derived from the

ATT B

1

sales of controlled substances, as well as records of legitimate income or lack thereof, and general living expenses.

7. The cellular telephones, satellite telephones, pagers, personal telephone and address books, papers, and/or other items reflecting names, addresses and/or telephone numbers of associates in narcotics activities. In addition, permitting the search of the memory of such devices for: a) all telephone numbers and direct connect numbers or identities assigned to the device; b) call and direct connect history information, including dates, times, and duration of telephone calls, as well as the contact information related to those calls; c) telephone book or list of contacts; d) and photographs, video footage, text messages, and emails evidencing marijuana cultivation and distribution.

8. Money counting machines, money wrappers, and/or worksheets, tally sheets, or ledger sheets reflecting or accounting for money received, disbursed, or exchanged.

9. United States currency, monetary instruments, securities, precious metals, jewelry, antique or modern automobiles, and financial instruments, including stocks or bonds in amounts indicative of the proceeds of illicit narcotic trafficking.

10. Storage units and containers, such as floor safes, wall safes, upright safes (also known as gun safes), lock boxes, and other self-contained locked enclosures.

11. Firearms, weapons, and other items commonly used by drug traffickers to protect themselves or their contraband.

ATT B