SEALED

1 | BENJAMIN B. WAGNER
United States Attorney

FILED

2 | KEVIN P. ROONEY
Assistant United States Attorneys

3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721

AUG 24 2012

4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

5 |

6 | Attorneys for Plaintiff

7 |

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 |

11 | IN THE MATTER OF THE SEARCH OF:
27523/27561 Road 22 ½, Chowchilla, Madera
12 | County, CA. APN 030-070-028

CASE NO. 1: 12 sw 203 GSA

ORDER FOR DESTRUCTION OF
BULK MARIJUANA SEIZURE

13 |

14 |

15 |

16 | The United States of America hereby applies to this Court for an order permitting its agents

17 | to destroy any bulk marijuana seized in connection with the execution of a search warrant in this

18 | matter pursuant to duly authorized search warrants, and good cause appearing therefor,

19 | IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the

20 | investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case

21 | after they are counted and, if possible, weighed, after the entire cultivation site is photographed

22 | and/or videotaped, and after a representative sample consisting of no more than three kilograms and

23 | a sample aggregate portion of the whole amount is retained for chemical testing.

24 | Dated: August 10, 2012

U.S. Magistrate Judge Gary S. Austin

25 |

26 |

27 |

28 |

1

Order for Destruction